BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

THOMAS M. HEFFERON (pro hac vice)
*thefferon@goodwinprocter.com*
J. CHRIS SUEDEKUM (pro hac vice)
*csuedekum@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax.:  202.346.4444

Attorneys for Defendant:
ALLIED INTERSTATE, LLC

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| JENNIFER RODRIGUEZ and JOHN TAURO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Case No. 3:13-cv-00388-DMS-JMA<br><br>**STIPULATION AND JOINT MOTION WITH RESPECT TO EXPERT DISCLOSURE DEADLINES**<br><br>Courtroom:    13-A<br>Judge:          Hon. Dana M. Sabraw |

1   Pursuant to Local Rule 7.1(g)(2), Plaintiff Jennifer Rodriguez ("Rodriguez"
2   or "Plaintiff") and Defendant Allied Interstate, LLC ("Allied" or "Defendant")
3   (together, with Plaintiff, the "Parties"), through their undersigned counsel, hereby
4   stipulate to, and jointly move this Court for an order (a) setting the expert disclosure
5   deadline (excluding class certification issues) to be served on or before June 9,
6   2014; (b) setting the rebuttal disclosure deadline to be served on or before June 30,
7   2014; (c) setting July 25, 2014 as the deadline for the completion of all discovery,
8   including expert discovery; and (d) setting August 22, 2014 as the deadline for all
9   motions (excluding motions to amend or join parties, Plaintiffs' motion for class
10  certification, or motions in limine).  A Proposed Order is submitted herewith.
11   As grounds for this Joint Motion, Plaintiff and Defendant stipulate and agree
12  as follows:
13   1.   On June 14, 2013, the Court entered a Scheduling Order governing this
14  action (ECF No. 19).  Among other deadlines, the Scheduling Order set March 7,
15  2014 as the deadline for expert disclosures (excluding class certification experts)
16  and April 4, 2014 as the deadline for any rebuttal expert disclosures.  Order at 2.
17  The Order stated that all discovery must be completed on or before May 9, 2014 and
18  that all motions (excluding motions to amend or join parties, Plaintiffs' motion for
19  class certification, and motions in limine) shall be filed on or before June 13, 2014.
20  *Id.* at 3.[1]
21   2.   On December 23, 2013, the Court entered an order granting the parties'
22  Joint Motion to Continue Hearing Date and Briefing Schedule on Plaintiff's Motion
23  for Class Certification (ECF No. 46).  The Court set February 21, 2014 as the
24  hearing date for Plaintiff's motion or class certification.

---

[1] The Scheduling Order set December 13, 2013 as the deadline for Plaintiff's motion for class certification. Order at 2. Thus, the Scheduling Order originally contemplated that these events would occur after resolution of Plaintiff's Motion for Class Certification.

3. On February 5, 2014, the Court again continued the briefing schedule and hearing date on Plaintiff's motion for class certification to grant Plaintiff an opportunity to take depositions of four individuals (ECF No. 62). The Court continued the hearing date on Plaintiff's motion for class certification to April 4, 2014.

4. In light of the April 4, 2014 hearing date on Plaintiff's motion for class certification, the parties respectfully request the Court delay the upcoming expert disclosure deadlines until after the resolution of Plaintiff's motion for class certification. Such an extension is necessary because the Court's ruling on class certification will define the scope of Plaintiff's claims and remaining issues for trial. Accordingly, the parties propose the Court set the following dates:

   a. Expert disclosures (excluding class certification issues) required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before June 9, 2014.

   b. Any contradictory or rebuttal information shall be disclosed on or before June 30, 2014.

   c. All discovery, including expert discovery, shall be completed by all parties on or before July 25, 2014.

   d. All motions (excluding motions to amend or join parties, Plaintiffs' motion for class certification, or motions in limine) shall be filed on or before August 22, 2014.

5. The relief sought by this Joint Motion will not unduly delay this case or alter the trial date in this Court's Scheduling Order (ECF No. 19), which is currently scheduled for December 8, 2014.

6. Against this background, there is good cause for entry of the requested Proposed Order and no party will be prejudiced by it.

WHEREFORE, for all the foregoing reasons, the parties respectfully request this Court (a) set the expert disclosure deadline (excluding class certification issues)

as June 9, 2014; (b) set the rebuttal disclosure deadline as June 30, 2014; (c) set July 25, 2014 as the deadline for the completion of all discovery, including expert discovery; (d) set August 22, 2014 as the deadline for all motions (excluding motions to amend or join parties, Plaintiffs' motion for class certification, or motions in limine); and (e) enter the Proposed Order submitted herewith.

Respectfully submitted,

Dated:  March 4, 2014          By:   s/   Matthew Loker (with permission)
ABBAS KAZEROUNIAN
*ak@kazlg.com*
MATTHEW LOKER
*ml@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Tel. 800.400.6808
Fax. 800.520.5523

JOSHUA B. SWIGART
*josh@westcoastlitigation.com*
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA  92108
Tel. 619.233.7770
Fax. 619.297.1022

TODD M. FRIEDMAN
*tfriedman@attorneysforconsumers.com*
NICHOLAS J. BONTRAGER
*nbontrager@attorneysforconsumers.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
369 S. Doheny Drive, Suite 415
Beverly Hills, CA  90211
Tel. 877.206.4741
Fax. 866.633.0228

Counsel for Plaintiff:
JENNIFER RODRIGUEZ

Dated:  March 4, 2014          By:   s/   Thomas M. Hefferon
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
STEVEN A. ELLIS
*sellis@goodwinprocter.com*
THOMAS M. HEFFERON (pro hac vice)

1
2
3
4

*thefferon@goodwinprocter.com*
J. CHRIS SUEDEKUM (pro hac vice)
*csuedekum@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
ALLIED INTERSTATE, LLC

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41st Floor, Los Angeles, CA 90017.

On **March 4, 2014**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**STIPULATION AND JOINT MOTION WITH RESPECT TO EXPERT DISCLOSURE DEADLINES**

| | |
|---|---|
| Todd M. Friedman<br>Nicholas J. Bontrager<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>369 S. Doheny Drive, Suite 415<br>Beverly Hills, CA 90211 | Counsel for Plaintiff: *Jennifer Rodriguez*<br>Tel. 877.206.4741<br>Fax. 866.633.0228<br>tfriedman@attorneysforconsumers.com<br>nbontrager@attorneysforconsumers.com |
| Abbas Kazerounian<br>Matthew Loker<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626 | Counsel for Plaintiff: *Jennifer Rodriguez*<br>Tel. 800.400.6808<br>Fax. 800.520.5523<br>ak@kazlg.com<br>ml@kazlg.com |
| Joshua B. Swigart<br>HYDE & SWIGART<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108 | Counsel for Plaintiff: *Jennifer Rodriguez*<br>Tel. 619.233.7770<br>Fax. 619.297.1022<br>josh@westcoastlitigation.com |

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **March 4, 2014**, at Los Angeles, California.

Britani N. Naisbitt
(Type or print name)                                      (Signature)