BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
LAURA A. STOLL (SBN 255023)
lstoll@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

THOMAS M. HEFFERON (*pro hac vice*)
thefferon@goodwinprocter.com
J. CHRIS SUEDEKUM (*pro hac vice*)
csuedekum@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax.:  202.346.4444

Attorneys for Defendant:
ALLIED INTERSTATE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| JENNIFER RODRIGUEZ and JOHN TAURO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Case No. 3:13-cv-00388-DMS-JMA<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL FILING**<br><br>Date:<br>Time:<br>Courtroom: 13A<br>Judge:     Hon. Dana M. Sabraw |

PLEASE TAKE NOTICE that Defendant Allied Interstate, LLC ("Allied" or "Defendant") hereby submits the attached excerpt from the Deposition of Plaintiff Jennifer Rodriguez (Nov. 11, 2013) ("Rodriguez Dep.") in further support of its Opposition to Plaintiff's Motion for Class Certification (Dkt. No. 49). *See Rodriguez Dep.* at 10:16-25 (true and correct copy attached hereto as Exhibit A). This testimony was referenced by Allied's counsel during the April 4, 2014 oral argument on Plaintiff's Motion for Class Certification (Dkt. No. 71).

Respectfully submitted,

Dated:  April 7, 2014     By:  s/ Thomas M. Hefferon
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
LAURA A. STOLL
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

THOMAS M. HEFFERON (*pro hac vice*)
*thefferon@goodwinprocter.com*
J. CHRIS SUEDEKUM (*pro hac vice*)
*csuedekum@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax.:  202.346.4444

Attorneys for Defendant:
ALLIED INTERSTATE, LLC

# *EXHIBIT A*

# *EXHIBIT A*

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


JENNIFER RODRIGUEZ and
JOHN TAURO, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.                              No. 3:13-cv-00388-DMS-JMA

ALLIED INTERSTATE, LLC,

    Defendant.
_____/


DEPOSITION OF JENNIFER SUSAN RODRIGUEZ

VOLUME 1


DATE:           November 11, 2013

TIME:           8:53 a.m.

LOCATION:       Gaslamp Plaza Suites
                520 E Street
                San Diego, California 92101

REPORTED BY:    Deborah L. Stough
                Registered Professional Reporter
                Certified Shorthand Reporter
                License Number 8925

**Page 10**

1 your address?
2  A  They're combined in a family plan.
3  Q  And I'm going to hand you what's already been
4 marked Exhibits 4 through 7, I think, and these were the
5 records produced today.
6     (Exhibits 4 through 7 were marked for
7     identification.)
8 BY MR. SKINNER:
9  Q  Have you seen those before?
10  A  Yes.
11  Q  And what are they?
12  A  They're my phone bill.
13  Q  So those are the phone bill for the family
14 plan?
15  A  Yes.
16  Q  And I think just so the record's clear, I
17 believe it only contains the information pertaining to
18 the 8693 number and not the other numbers in the plan?
19  A  Correct.
20  Q  How many total numbers are in the family plan?
21  A  Four.
22  Q  Who is the subscriber of record in this plan?
23  A  Luis Rodriguez, which is my husband.
24  Q  Is your name anywhere in these records?
25  A  No.

**Page 11**

1  Q  What about your mother-in-law's name?
2  A  No.
3  Q  And what is your mother-in-law's name?
4  A  Juana Sanchez.
5  Q  And what is your father-in-law's name?
6  A  It's Miguel Sanchez.
7  Q  And is Mr. Sanchez's name anywhere in these
8 records?
9  A  No.
10  Q  What is your family plan, how many minutes,
11 rollover, that sort of thing?
12  A  We have 1400 minutes -- it's combined between
13 the four -- unlimited texting and data between me and my
14 husband's cell phone.
15     I think that's it.
16  Q  And it has rollover for --
17  A  Yeah, it does have rollover.
18  Q  You'd agree with me that the details of the
19 plan are set forth in the, I assume, account records
20 there, right?
21  A  Yeah.  It should be.
22  Q  To whom do you give your phone number out?
23  A  My doctor's office, my dentist's office,
24 friends, and family.  That's really it.
25  Q  Do you ever give it out to businesses?

**Page 12**

1  A  I try not to.
2  Q  Have you given it out to businesses in the
3 past, though?
4  A  I don't recall.
5  Q  What number do you provide, for instance, when
6 you book an airplane flight?
7  A  Usually my husband's phone.
8  Q  Do you have any credit cards?
9  A  We have one.
10  Q  And what number is provided with that credit
11 card?
12  A  That would be my husband's.
13  Q  And what about do you have a bank account?
14  A  Yes.
15  Q  What number is provided with that?
16  A  My husband's.
17  Q  Do you provide your phone number in connection
18 with loyalty programs?
19  A  Most of anything that's accounted for is under
20 my husband's name because he's the main caretaker.
21  Q  The main --
22  A  Caretaker.
23  Q  Caretaker of --
24  A  Of the bills.
25  Q  Okay.  A general question, I guess, but what's

**Page 13**

1 your understanding of the reason a person gives out his
2 or her phone number?
3     MR. BONTRAGER:  Objection.  Vague and
4 speculation.
5     Go ahead and answer the question to the best of
6 your ability.
7     THE WITNESS:  In case somebody needs to get
8 ahold of me.
9 BY MR. SKINNER:
10  Q  So the people can call you on that number,
11 right?
12  A  Yeah.
13  Q  And would you agree with me that when you give
14 your phone number to somebody you are agreeing to be
15 called by that person?
16  A  By that particular person, yeah.
17  Q  Where did you go to high school?
18  A  I went to high school at Ridgeland High School.
19  Q  Where is that?
20  A  That is in Walker County in Georgia.
21  Q  When did you graduate?
22  A  I didn't graduate.
23  Q  When did you leave Walker County -- when did
24 you leave Ridgeland High School?
25  A  That I don't recall.  I don't remember the

86

1  30 days to review the transcript, make any changes as
2  needed --
3      (Discussion held off the record.)
4      MR. BONTRAGER: Okay. We'll strike that.
5      Mrs. Rodriguez will have 14 days to review the
6  transcript and make any changes then as necessary and
7  verify the contents of the transcript.
8      Parties agree that plaintiffs' counsel will
9  maintain the original of the transcript. Plaintiffs'
10 counsel will notify defendant's counsel of any changes
11 made by Mrs. Rodriguez.
12     We'll maintain the original of the transcript
13 for purposes of the litigation including but not limited
14 to trial.
15     In the event that the original transcript is
16 lost, destroyed, stolen, or otherwise unavailable, the
17 parties will stipulate that a certified copy will act as
18 the original for all purposes of litigation including
19 trial.
20     So stipulated?
21     MR. SKINNER: Yes.
22     And then for the record, we'll order a copy,
23 hard copy and electronic with exhibits, please.
24     MR. BONTRAGER: Same for us.
25 ///

87

1      (Whereupon, at 10:46 a.m., the deposition of
2  JENNIFER SUSAN RODRIGUEZ, VOLUME 1, was
3  concluded.)
4           * * * * *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

88

1      CERTIFICATION OF DEPOSITION OFFICER
2
3      I, DEBORAH L. STOUGH, RPR, CSR, duly authorized
4  to administer oaths pursuant to Section 2093(b) of the
5  California Code of Civil Procedure, hereby certify that
6  the witness in the foregoing deposition was by me sworn
7  to testify to the truth, the whole truth and nothing but
8  the truth in the within-entitled cause; that said
9  deposition was taken at the time and place therein
10 stated; that the testimony of the said witness was
11 thereafter transcribed by means of computer-aided
12 transcription; that the foregoing is a full, complete
13 and true record of said testimony; and that the witness
14 was given an opportunity to read and correct said
15 deposition and to subscribe the same.
16     I further certify that I am not counsel or
17 attorney for either or any of the parties in the
18 foregoing deposition and caption named, or in any way
19 interested in the outcome of this cause named in said
20 caption.
21
22
23
         _____
24      Deborah L. Stough
         RPR, CSR No. 8925
25

89

1      A C K N O W L E D G E M E N T   O F   D E P O N E N T
2
3  I, JENNIFER SUSAN RODRIGUEZ, do hereby acknowledge I
4  have read and examined the foregoing pages of testimony,
5  and the same is a true, correct and complete
6  transcription of the testimony given by me, and any
7  changes or corrections, if any, appear in the attached
8  errata sheet signed by me.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
   _____   _____
25 DATE            JENNIFER SUSAN RODRIGUEZ

90

1  Capital Reporting Company
   1821 Jefferson Place NW
2  3rd Floor
   Washington, D.C. 20036
3  (202)857-DEPO (3376)
4           E R R A T A  S H E E T
5  Case Name:  JENNIFER RODRIGUEZ, ET AL., vs.
           ALLIED INTERSTATE, LLC
6
   Witness Name:  JENNIFER SUSAN RODRIGUEZ, VOLUME I
7
   Deposition Date:  November 11, 2013
8
   Page No.   Line No.      Change/Reason for Change
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
   _____    _____
25  Signature              Date

91

1              November 20, 2013
2
3  THE LAW OFFICES OF TODD M. FRIEDMAN
   Attn:  NICHOLAS J. BONTRAGER, ESQ.
4  369 South Doheny, Suite 415
   Beverly Hills, California 90211
5
   IN RE:  Jennifer Rodriguez, et al., vs.
6      Allied Interstate, LLC
7
8  Dear Mr. Bontrager:
9      Please be advised that, pursuant to California
   Code of Civil Procedure Section 2025.520 or Federal Rule
10 of Civil Procedure 30, the original transcript of the
   above-mentioned deposition taken November 11, 2013 in
11 the above-referenced matter has been completed and is
   enclosed.
12
       As was agreed upon by stipulation of the parties,
13 please have the witness read, correct, and sign the
   transcript within 14 days of your receipt and advise all
14 parties of any changes or corrections thereto.
15     Please do not hesitate to contact us if you have
   any questions.
16
17 Best Regards,
18
19 Deborah L. Stough
   RPR, CSR No. 8925
20
21
22 cc:  Original Transcript
       All counsel
23
24
25

# CERTIFICATE OF SERVICE

I am a resident of the District of Columbia, over the age of eighteen years, and not a party to this action.  My business address is GOODWIN PROCTER LLP, 901 New York Avenue NW, Washington, DC  20001.  On April 7, 2014, I served the DEFENDANT'S NOTICE OF SUPPLEMENTAL FILING upon counsel for all parties via the Court's Electronic Case Filing system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  April 7, 2014          **s/ Thomas M. Hefferon**